No. 609. AMERICAN MERCHANT MARINE INSURANCE COMPANY OF NEW YORK v. LIBERTY SAND & GRAVEL COMPANY, INC. November 13, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. T. Catesby Jones, Mr. D. Roger Englar* and *Mr. James D. Carpenter* for petitioner. *Mr. Robert S. Erskine* for respondent.